**Denied and Opinion Filed November 5, 2024**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-24-01228-CV

## IN RE HOMESITE INSURANCE COMPANY AND JAMES VALLE, Relators

**Original Proceeding from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-23-17599**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Nowell, and Miskel
Opinion by Justice Nowell

Before the Court is relators' October 18, 2024 petition for writ of mandamus.

Relators ask this Court to compel a district judge to withdraw an August 19, 2024 Amended Order on Plaintiff's Motion to Compel Written Discovery and Depositions, which was signed by an associate judge, and to enter a new order denying real party in interest's motion to compel to the extent it seeks discovery on extra-contractual matters. Relators also request an emergency temporary stay of all trial court proceedings.

Entitlement to mandamus relief requires relators to show that the trial court clearly abused its discretion and that relators lack an adequate appellate remedy. *In*

*re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing relators' petition and the record before us, we conclude that relators have failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

We also deny relators' request for emergency relief as moot.

241228f.p05

/Erin A. Nowell//
ERIN A. NOWELL
JUSTICE